UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FCA US, LLC,

    Plaintiff/Counter-Defendant,

v.                                    Case No. 22-10609
                                          Honorable Victoria A. Roberts

ROBERT WUBBOLTS,

    Defendant/Counter-Plaintiff.
_____/

**ORDER: (1) SATISFYING SHOW CAUSE ORDER; AND
(2) GRANTING DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR
JOINDER OF BANKRUPTCY TRUSTEE AS DEFENDANT [ECF No. 12]**

Defendant/Counter-Plaintiff Robert Wubbolts removed this case from state court. The Court ordered Wubbolts to show cause why the Court should not remand the case for lack of subject matter jurisdiction. In response, Wubbolts demonstrated that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334(b) and 28 U.S.C. § 1442(a)(1) because the underlying arbitration proceeding and this case are "related to" his bankruptcy proceeding, and because the United States Bankruptcy Trustee assigned to Wubbolts' Chapter 7 bankruptcy case is an interested party and necessary defendant.

Accordingly, the Court finds that Wubbolts **SATISFIED** the show cause order.

In a different filing, Wubbolts moves for joinder of the United States Bankruptcy Trustee assigned to his Chapter 7 bankruptcy case – Mark Shapiro – as a defendant. [ECF No. 12].

Because the outcome of this case will impact Wubbolts' bankruptcy estate, this case is "related to" Wubbolts' bankruptcy proceeding. *Robinson v. Michigan Consol. Gas Co. Inc.*, 918 F.2d 579, 583 (6th Cir. 1990). As Wubbolts' Bankruptcy Trustee, Shapiro has an interest in the outcome of this case and is a proper defendant.

Accordingly, the Court **GRANTS** Wubbolts' Motion for Joinder of Bankruptcy Trustee as Defendant [ECF No. 12] and **DIRECTS** the Clerk to add Mark Shapiro, Bankruptcy Trustee to the case as a defendant.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 22, 2022